# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CATHERINE GRACE O'DONNELL,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR5822-BEN<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JAN 11 2012 |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case #12CR0045-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21 USC 952 AND 960

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: JANUARY 10, 2012

　　　　　　　　　　　　　　　　　Bernard G. Skomal
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge